FOURTH DEPARTMENT, SEPTEMBER, 2000

(September 29, 2000)

■ In the Matter of BRIAN SHAFFER et al., Appellants, v MICHAEL J. NORRIS et al., as Commissioners of Niagara County Board of Elections, et al., Respondents. [718 NYS2d 246] —Order unanimously affirmed without costs. Memorandum: Petitioners appeal from an order denying, *inter alia*, their petition to invalidate the designating petition of respondent Francine Del-Monte as a Democratic Party candidate for the New York State Assembly, 138th District. We reject petitioners' contention that DelMonte's designating petition failed to identify and adequately describe the office for which DelMonte is running. Here, DelMonte's description of the office "is 'sufficiently informative * * * so as to preclude any reasonable probability of confusing or deceiving the signers, voters or board of elections'" (*Matter of Liepshutz v Palmateer*, 112 AD2d 1101, 1101-1102, *affd* 65 NY2d 965, quoting *Matter of Donnelly v McNab*, 83 AD2d 896, *lv denied* 54 NY2d 603; *see also, Matter of Ciccotti v Havel*, 186 AD2d 979, *lv denied* 80 NY2d 754). (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Election Law.) Present—Pine, J. P., Hayes, Hurlbutt, Scudder and Kehoe, JJ. (Filed Aug. 23, 2000.)